# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 14, 2025

### NO. 03-24-00708-CR

**The State of Texas, Appellant**

**v.**

**Ali Abdulrazzqu Abduljabbar, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY**
**BEFORE JUSTICES TRIANA, THEOFANIS AND CRUMP**
**DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE TRIANA**

---

This is an appeal from the trial court's oral ruling denying the State's request to pre-admit evidence. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.